DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DYLAN MACE,**
Appellant,

v.

**EVERGLADES COLLEGE, INC.** d/b/a **KEISER UNIVERSITY, PATRICK JOHNSTON,** and **CHANNING ALONZO THOMAS,** et al.,
Appellees.

No. 4D21-3270

[July 28, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 50-2020-CA-013371-XXXX-MB.

Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, and Tom DeLattre of Wieland & DeLattre, P.A., Orlando, for appellant.

Benjamin L. Bedard and Shelli A. Healy of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellee Channing Alonzo Thomas.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellees Everglades College, Inc. d/b/a Keiser University and Patrick Johnston.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***